**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-8068

DENNIS STONEMAN,

Plaintiff - Appellant,

versus

NURSE RANSEN; SERGEANT STOKES; MONIQUE
EPPERSON,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-01-557)

Submitted: March 21, 2002          Decided: March 28, 2002

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dennis Stoneman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dennis Stoneman appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2001) action without prejudice for failure to pay a partial filing fee. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Stoneman v. Ransen, No. CA-01-557 (E.D. Va. Nov. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2